# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| ANDREW DAVID WETZEL | CIVIL ACTION |
|---|---|
| VERSUS | NO. 10-4387 |
| WARDEN LONGINO | SECTION "N" (6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Andrew David Wetzel for issuance of a writ of habeas corpus under 28 U.S.C. § 2241, is hereby **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Wetzel's Motion for Stay (rec. doc. 4) is **DENIED** as moot.

New Orleans, Louisiana, this 26th day of January, 2011.

UNITED STATES DISTRICT JUDGE

